**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02538-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

BILL GUINN,

       Plaintiff/Petitioner,

v.

THE COLORADO ATTORNEY REGULATION COUNSEL,

       Defendant/Respondent.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

       Plaintiff, Bill Guinn, currently resides in Denver, Colorado.  Plaintiff has submitted

a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __       is not submitted
(2)   <u>X</u>       is not on proper form (must use the Court's current form)
(3)   __       is missing original signature by Plaintiff
(4)   __       is missing affidavit
(5)   __       affidavit is incomplete
(6)   __       affidavit is not properly notarized
(7)   __       names in caption do not match names in caption of complaint, petition or
              application
(8)   __       other:  form must be notarized or certified pursuant to 28 U.S.C. § 1746.

**Complaint or Petition**:
(9)   __       is not submitted

(10)   _X_   is not on proper form (must use the court's current form)
(11)   __   is missing an original signature by the Plaintiff
(12)   __   is incomplete
(13)   __   uses et al. instead of listing all parties in caption
(14)   __   names in caption do not match names in text
(15)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __   other:.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Clerk of the Court send to Plaintiff two copies of the Court-approved forms used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.  It is

FURTHER ORDERED that the Motion for Production of Documents, ECF No. 4, is denied as premature.

DATED September 17, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge