IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02538-BNB

BILL GUINN,

    Plaintiff,

v.

THE COLORADO ATTORNEY REGULATION COUNSEL,

    Defendant.

---

## ORDER OF DISMISSAL

---

    Plaintiff, Bill Guinn, resides in Denver, Colorado.  Plaintiff initiated this action *pro se* by filing a Civil Complaint, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.A. § 1915, and a Motion for Production of Documents.  In an order entered on September 17, 2013, Magistrate Judge Boyd N. Boland directed Plaintiff to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Boland directed Plaintiff to file his claims and request to proceed pursuant § 1915 on proper Court-approved forms.

    Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.  On October 17, 2013, Plaintiff filed his Complaint and § 1915 motion in a format that is comparable to Court-approved forms.  Plaintiff, however, failed to sign and date the § 1915 motion. Magistrate Judge Boland entered a Minute Order on October 18, 2013, directing Plaintiff to provide a properly signed and dated § 1915 motion within thirty days.  Plaintiff has

failed to comply with the October 18 Minute Order within the time allowed.  Therefore, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's October 18,2013 Order, within the time allowed, and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  3rd  day of    December           , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court